

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| GABRIEL MARTIN DEL CAMPO, | § | No. 08-17-00012-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| ELISA MARTIN DEL CAMPO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2011-CM001) |
| | § | |

# **O R D E R**

On June 20, 2017, this Court issued an order extending the time to mediate the case until July 12, 2017. As of this date, neither a motion to extend mediation nor a motion to reestablish the appellate timetable has been filed.

Therefore, the Court, on its own motion, ORDERS this appeal to continue. The appellate timetable suspension is lifted, and the Record shall be filed in this Court on or before August 27, 2017.

IT IS SO ORDERED this 28th day of July, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.